UNITED STATES of America, Plaintiff-Appellant,

v.

STATE OF ALASKA, Defendant-Appellee.

No. 73–2400.

United States Court of Appeals, Ninth Circuit.

July 28, 1975.

---

\* The Honorable Leonard P. Moore, Senior United States Circuit Judge for the Second Circuit, sitting by designation.

Edward F. Bradley, Jr., Atty. (argued), Lands & Natural Resources Div., Dept. of Justice, Washington, D. C., for plaintiff-appellant.

Thomas M. Phillips (argued), Houston, Tex., Charles K. Cranston (argued), Anchorage, Alaska, for defendant-appellee.

## ORDER

Before KOELSCH, CARTER and WALLACE, Circuit Judges.

The judgment of the district court is reversed and the case is remanded for further proceedings consistent with *United States v. Alaska*, —— U.S. ——, 95 S.Ct. 2240, 45 L.Ed.2d 109 (1975).